

MEMBER OF
NATIONAL SHERIFF'S ASSN.

COUNTY OF HANOVER

MEMBER OF
VIRGINIA STATE SHERIFF'S ASSN.

OFFICE OF SHERIFF
COLONEL DAVID R. HINES
P.O. BOX 40
HANOVER, VIRGINIA 23069
804-365-6110   804-730-6110

March 22, 2022



Dear Mr. Harman:

    Lieutenant Colonel Tom Woody shared your email of March 19 with me in reference to Matt Keeley. First, I would like to tell you that Matt is fortunate indeed to have such a passionate friend such as you.

    You stated early in your email that "I don't know all the details, but I have talked with Matt and his family about the plight they are now in and what our community gym could do to help." As I am sure you are fully aware, I cannot, nor would I, discuss an individual's personnel records outside the scope allowed me by law. You are correct, you clearly do not know all the details. I do, however, appreciate your helping Matt and his family. You should know Matt continues to have many friends within the Sheriff's Office willing to help him and his family, including me.

    You go on to state, "Maybe more citizens of Hanover would like to know that we fired a man that went from a graduate of The Citadel, to combat veteran of the United States Marine Corps, to a 12-year veteran of your department with 10 of them as a SWAT Team member, and amongst other great attributes, a 2020 Valor Award recipient from both the Virginia Sheriff's Association and the Virginia Chiefs of Police Association." You may have meant this as a question or as your intention. I only would suggest that you speak with Matt before making his personal and personnel matters public. Once again, I remind you of your statement that you do not know all the details.

**Exhibit B**

Mr. Mike Harman
Page 2
March 22, 2022

Lastly, your subject line was titled "Very Concerned." Please know I too was very concerned. I also took an oath for the office of Sheriff and have an obligation to the citizens of Hanover County to ensure that all policies, procedures and laws are followed and enforced without due regard to personal or political beliefs. This extends not only to me but to those individuals that have sworn the same.

Sincerely,

Colonel David R. Hines
Sheriff

cc: Lieutenant Colonel Thomas M. Woody
    Mrs. Leah D. Han, Assistant Hanover County Attorney

**Exhibit B**